UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARLA J. LONG, *et al.*,

    Plaintiffs,

Case Nos. 3:20cv102
3:20cv121
3:20cv131
3:20cv138
3:20cv139
3:20cv154
3:20cv161
3:20cv175
3:20cv188

vs.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

    Defendant.

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

___

### ORDER VACATING REFERENCES OF THESE CASES TO THE ASSIGNED MAGISTRATE JUDGE

___

Upon review of the Court's docket, including the multitude of pending social security appeals and many other matters -- both civil and criminal -- referred to the United States Magistrate Judges in the Dayton seat of this Court, good cause exists to vacate the references to the Magistrate Judge in the above-numbered cases pursuant to 28 U.S.C. § 636(c)(4) and Fed. R. Civ. P. 73(b)(3).

**IT IS SO ORDERED.**

October 19, 2021

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge